People v Lynch (2020 NY Slip Op 51424(U))

[*1]

People v Lynch (Aaron)

2020 NY Slip Op 51424(U) [69 Misc 3d 147(A)]

Decided on November 20, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 20, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., BERNICE D. SIEGAL, WAVNY
TOUSSAINT, JJ

2017-1752 K CR

The People of the State of New York,
Respondent, 
against
Aaron Lynch, Appellant. 

Appellate Advocates (Hannah Zhao of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jodi L. Mandel of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County
(Elizabeth N. Warin, J.), rendered August 23, 2017. The judgment convicted defendant, upon his
plea of guilty, of criminal possession of marihuana in the fifth degree, and imposed sentence.
Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738
[1967]), seeking leave to withdraw as counsel.

ORDERED that the appeal is dismissed as academic.
Defendant's conviction of criminal possession of marihuana in the fifth degree (former Penal
Law § 221.10 [1]) "became a nullity by operation of law, independently of any appeal, and
without requiring any action by this [c]ourt," pursuant to CPL 160.50 (5), effective August 28,
2019 (People v Disano, 67 Misc 3d
131[A], 2020 NY Slip Op 50439[U] [App Term, 1st Dept 2020]). Consequently, the appeal
is dismissed as academic (see id.; People v Williams, 65 Misc 3d 154[A], 2019 NY Slip Op
51908[U] [App Term, 1st Dept 2019]; People v Taite, 65 Misc 3d 137[A], 2019 NY Slip Op 51671[U]
[App Term, 1st Dept 2019]).
ALIOTTA, P.J., SIEGAL and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 20, 2020